No. 25-12802

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

◆━━━━━━◆

MARCUS CASTER, et al.,
*Plaintiffs-Appellees*,

v.

WES ALLEN, et al.,
in his official capacity as the Secretary of State of the State of Alabama, et al.,
*Defendants-Appellants*.

◆━━━━━━◆

On Appeal from the United States District Court
for the Northern District of Alabama
Case No. 2:21-cv-1536-AMM

## UNOPPOSED MOTION TO PLACE APPEAL IN ABEYANCE

Michael P. Taunton
Riley Kate Lancaster
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone (205) 251-8100
MTaunton@Balch.com

*Counsel for Sen. Livingston and Rep. Pringle*

Steve Marshall
  *Attorney General*
Edmund G. LaCour Jr.
  *Solicitor General*
James W. Davis
  *Deputy Attorney General*
Richard D. Mink
Misty S. Fairbanks Messick
Scott Woodard
Brenton M. Smith
Benjamin M. Seiss
Matthew R. Duggan
  *Assistant Attorneys General*
OFFICE OF THE ALABAMA ATT'Y GENERAL
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for Secretary of State Wes Allen*

*Caster v. Allen*, No. 25-12802

## <u>CERTIFICATE OF INTERESTED PERSONS</u>

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 and 26.1-2, the undersigned counsel certifies that the following listed persons and parties may have an interest in the outcome of this case:

1)    Acharya, Avidit

2)    Adams, Hon. Jerusha T.

3)    Adegbile, Debo P.

4)    Aden, Leah

5)    Aderholt, Rep. Robert

6)    Agricola, Jr., Algert Swanson

7)    Agricola, Barbara H.

8)    Agricola Law, LLC

9)    Alabama Attorney General's Office

10)   Alabama Center for Law and Liberty

11)   Alabama Democratic Conference

12)   Alabama Legislative Black Caucus

13)   Alabama State Conference of the NAACP

14)   Allen, Amanda N.

15)   Allen, Hon. Richard F.

16)   Allen, Hon. Wes

*Caster v. Allen*, No. 25-12802

17)   America First Legal Foundation

18)   American Bar Association

19)   American Civil Liberties Union Foundation

20)   American Civil Liberties Union of Alabama

21)   American Legislative Exchange Council

22)   Amunson, Jessica Ring

23)   Andrews, Darryl

24)   Ashmore, Susan

25)   Ashton, Anthony

26)   Atkins, Robert A.

27)   Baker & Hostetler LLP

28)   Balch & Bingham LLP

29)   Bannon, Alicia L.

30)   Barnes, Anna Kathryn

31)   Barreto, Matt A.

32)   Barry, Nicholas

33)   Beato, Michael

34)   Beatty, Rep. Joyce

35)   Becker, Amariah

36)   Benbrook, Bradley A.

*Caster v. Allen*, No. 25-12802

37)  Benbrook Law Group, PC

38)  Berger, Sen. Philip E.

39)  Berry, Jonathan

40)  Billingsley, Eddie

41)  Birnbaum, Sheila L.

42)  Bishop, Kimberley A.

43)  Blacksher, James Uriah

44)  Blackwell, Matthew

45)  Blankenship, Joel R.

46)  Blankenship Law Firm, LLC

47)  Bloom, III, H. William

48)  Bobrow, Anna

49)  Bokat-Lindell, Noah B.

50)  Bonta, Hon. Rob

51)  Born, Emily J.

52)  Bowdre, A. Barrett

53)  Boyden Gray & Associates

54)  Bracy, Jr., Rep. Napoleon

55)  Braden, Efrem Marshall

56)  Bradley, Neil

*Caster v. Allen*, No. 25-12802

57)  Branch, Aria C.

58)  Braun, Sen. John

59)  Brennan Center for Justice

60)  Brnovich, Hon. Mark

61)  Bronson, Kristin M.

62)  Brown, Mitchell

63)  Brown, W. Tucker

64)  Bucks County, Pennsylvania

65)  Burr and Forman LLP

66)  Burrell, Ashley

67)  Burroughs, Kate

68)  Buschbacher, Michael

69)  Butterfield, Rep. G.K.

70)  Byrd, Arkie

71)  Cage, Edgar

72)  Cameron, Hon. Daniel

73)  Campaign Legal Center

74)  Campbell, Matthew

75)  Campbell-Harris, Dayton

76)  Carl, Jr., Rep. Jerry

*Caster v. Allen*, No. 25-12802

77)    Carlton, Alexandra

78)    Carr, Hon. Chris

79)    Carter, Brittany

80)    Caster, Marcus

81)    Cedarbaum, Adam

82)    Center for Fair Housing

83)    Central Alabama Fair Housing Center

84)    Chakraborty, Amitav

85)    Chaudhuri, Pooja

86)    Cheek, Jason R.

87)    Chen, Jowei

88)    Chestnut, LaKeisha

89)    Chiu, David

90)    Christie, Jr., J. S. "Chris"

91)    Citizens United

92)    Citizens United Foundation

93)    City and County of Denver, Colorado

94)    City and County of San Francisco, California

95)    City of Austin, Texas

96)    City of Baltimore, Maryland

*Caster v. Allen*, No. 25-12802

97)   City of Boston, Massachusetts

98)   City of Cincinnati, Ohio

99)   City of Cleveland, Ohio

100)  City of Columbus, Ohio

101)  City of Gary, Indiana

102)  City of Houston, Texas

103)  City of Los Angeles, California

104)  City of Madison, Wisconsin

105)  City of Montgomery, Alabama

106)  City of New York, New York

107)  City of Oakland, California

108)  City of Philadelphia, Pennsylvania

109)  City of Pittsburgh, Pennsylvania

110)  City of Saint Paul, Minnesota

111)  City of San Diego, California

112)  City of Santa Fe, New Mexico

113)  City of South Bend, Indiana

114)  Clark, Matthew J.

115)  Clarke, Hon. Kristen

116)  Cleary, Yahonnes

*Caster v. Allen*, No. 25-12802

117)  Cleland, Bartlett

118)  Clemon, Hon. U.W.

119)  Coastal Alabama Partnership

120)  Cole, David D.

121)  Coleman, Craig S.

122)  Coleman, Jeff

123)  Coleman, Sen. Merika

124)  Coleman-Madison, Sen. Linda

125)  Commonwealth of Kentucky

126)  Commonwealth of Massachusetts

127)  Commonwealth of Pennsylvania

128)  Compass Demographics, Inc

129)  Congressional Black Caucus

130)  Constitutional Accountability Center

131)  Cooley LLP

132)  Cornelius, Hon. Staci G.

133)  Cortes, Diana P.

134)  Council of the City of New York, New York

135)  County of Alameda, California

136)  County of Marin, California

*Caster v. Allen*, No. 25-12802

137) County of Santa Clara, California

138) Covington & Burling LLP

139) Cozen O'Connor

140) Croslin, Chike

141) Crum, Travis

142) Danforth, Sen. John R.

143) Data, Sonika R.

144) Daun, Margaret C.

145) Davis, James W.

146) Davis, Martha

147) Debevoise & Plimpton LLP

148) DeBouse, Bobby Lee

149) Dechert LLP

150) DeConcini, Sen. Dennis W.

151) Defner, Armand

152) DeFord, Daryl R.

153) de Leeuw, Michael B.

154) De León, Jacqueline

155) de Nevers, Orion

156) Dentons Sirote PC

*Caster v. Allen*, No. 25-12802

157) Dhillon, Harmeet K.

158) Dhillon Law Group, Inc.

159) Diaz, Gabriel

160) Dicello Levitt Gutzler

161) Dickinson Wright, PLLC

162) District of Columbia

163) Dominick Feld Hyde

164) Dowdy, Shalela

165) Dreeben, Michael R.

166) Duggan, Matthew R.

167) Dunn, Chad W.

168) Dunn, David

169) Durbin, Sen. Richard J.

170) Duren, Colby

171) Durenberger, Sen. David F.

172) Duvernay, Stephen M.

173) Ebenstein, Julie A.

174) Echohawk, John E.

175) Edward Still Law Firm LLC

176) Elias Law Group LLP

*Caster v. Allen*, No. 25-12802

177) Elias, Marc E.

178) Elliot, Mara W.

179) Ellison, Hon. Keith

180) Ellsworth, Jessica L.

181) Elmendorf, Christopher S.

182) Ely, Hon. David R.

183) Englert, Jr., Roy T.

184) Escalona, Hon. Prim F.

185) Espy, Benjamin J.

186) Espy, III, Joseph C.

187) Espy, William M.

188) Faegre Drinker Biddle & Reath LLP

189) Fair Housing Center of Northern Alabama

190) Faulks, LaTisha Gotell

191) Ferguson, Hon. Robert W.

192) Feuer, Michael N.

193) Fitch, Hon. Lynn

194) Fitzgerald, Michael W.

195) Fletcher, Brian H.

196) Flynn, Erin H.

*Caster v. Allen*, No. 25-12802

197)  Ford, Hon. Aaron D.

198)  Forero-Norena, Mateo

199)  Forstein, Carolyn M.

200)  Fox, David R.

201)  Fram, Robert

202)  Frasure, Lorrie

203)  Frey, Hon. Aaron M.

204)  Friedman, Lee Turner

205)  Frosh, Hon. Brian E.

206)  Fulginiti, Emily

207)  Gaber, Mark P.

208)  Gaines, Rep. Houston

209)  Gans, David H.

210)  Garth, Andrew W.

211)  Garza, Delia

212)  Gbe, Harmony A.

213)  Ge, Qizhou

214)  Genberg, Jack

215)  Gershenson, Adam S.

216)  Gillespie, Noah N.

*Caster v. Allen*, No. 25-12802

217)  Glavin, Emily

218)  Gold, Dara

219)  Goldstein, Samuel B.

220)  Gordon, Phillip M.

221)  Gorod, Brianne J.

222)  Gray, Fred D.

223)  Greater Birmingham Ministries

224)  Green, Jeffrey T.

225)  Greenbaum, Jon M.

226)  Greenwood, Ruth

227)  Geiger, Soren A.

228)  Griffin, Mark D.

229)  Haas, Michael

230)  Hamilton, Gene P.

231)  Hare, Eli J.

232)  Harris County Attorney's Office

233)  Harris, A. Reid

234)  Harris, Jeffrey Matthew

235)  Hartnett, Kathleen

236)  Harvard Law School Election Law Clinic

*Caster v. Allen*, No. 25-12802

237) Hattix, Lauren Ann

238) Hauenschild, Jonathon P.

239) Healey, Hon. Maura

240) Heard, Bradley E.

241) Hebert, J. Gerald

242) Herren, Jr., T. Christian

243) Hewitt, Damon T.

244) Hinds-Radix, Sylvia O.

245) Hirsch, Sam

246) Ho, Hon. Dale E.

247) Hogan Lovells US LLP

248) Holtzman Vogel Baran Torchinsky & Josefiak, PLLC

249) Holwell Shuster & Goldberg LLP

250) Holzrichter, Mitch

251) Hunt, Darnell

252) Hurwitz, Jonathan H.

253) Igra, Naomi

254) Jackson, Letetia

255) Jackson, Sidney M.

256) Jacobsen, Cassandra M.

*Caster v. Allen*, No. 25-12802

257)  James, Hon. Letitia

258)  Jasrasaria, Jyoti

259)  Jenner & Block LLP

260)  Jennings, Hon. Kathleen

261)  Johnson, Hayden

262)  Johnson, Kristen A.

263)  Jonathan L. Williams, P.A.

264)  Jones, Benjamin

265)  Jordan, Albert L.

266)  Justman, Jeffrey P.

267)  Kadoura, Justin

268)  Kaul, Hon. Joshua L.

269)  Kelson, Jared M.

270)  Kennedy, Sandra

271)  Kennedy, Sen. John F.

272)  Khan, Joseph J.

273)  Khanna, Abha

274)  Klein, Benjamin

275)  Klein, Zach

276)  Klipper, Michael R.

*Caster v. Allen*, No. 25-12802

277) Knudsen, Hon. Austin

278) Kousser, J. Morgan

279) Kramer Levin Robbins Russell

280) Kubiak, Krysia

281) LaCour Jr., Edmund G.

282) Lakin, Sophia Lin

283) Lancaster, Riley K.

284) Landry, Hon. Jeff

285) LaPorta, Jordan A.

286) Lawkowski, Gary M.

287) Lawsen, Nicki Leili

288) Lawyers Democracy Fund

289) Lawyers' Committee for Civil Rights under Law

290) League of Women Voters of Alabama

291) League of Women Voters of the United States

292) Leahy, Sen. Patrick

293) Lee, Theresa J.

294) Lewis, Davante

295) Lewis, Patrick T.

296) Li, Michael C.

*Caster v. Allen*, No. 25-12802

297)  Livengood, Rebecca

298)  Livingston, Sen. Steve

299)  Lockhead, Tanner

300)  Louard, Janette

301)  Love, Rodney Allen

302)  Lowe, Clee Earnest

303)  Madduri, Lalitha D.

304)  Malhi, Jaywin Singh

305)  Manasco, Hon. Anna M.

306)  Marcus, Hon. Stanley

307)  Marshall, Hon. Steve

308)  Marshall, Mary E.

309)  Masuoka, Natalie

310)  Mauldin, Dylan

311)  Mayer Brown, LLP

312)  Maynard Cooper & Gale, P.C.

313)  McClendon, former Sen. Jim

314)  McCotter, R. Trent

315)  McCrary, Peyton

316)  McDougle, Sen. Ryan

*Caster v. Allen*, No. 25-12802

317)  McDowell, Ephraim

318)  McKay, Charles A.

319)  McKinney, Charles

320)  McPhee, Shae

321)  McSherry, Erin K.

322)  McTootle, Arielle

323)  Medina, Richard A.

324)  Meehan, Taylor

325)  Meeks, Rep. Gregory

326)  Mehr, Benjamin I.

327)  Mellett, Timothy F.

328)  Melton Espy & Williams PC

329)  Menefee, Christian D.

330)  Menefee, Larry T.

331)  Merrill, Hon. John H.

332)  Messick, Misty S. Fairbanks

333)  Michel, Arturo, G.

334)  Michel, Christopher G.

335)  Miller, Jonathan B.

336)  Milligan, Evan

*Caster v. Allen*, No. 25-12802

337) Mills, Christopher E.

338) Milwaukee County, Wisconsin

339) Mink, Richard

340) Mollman, Alison Nicole

341) Moore, Rep. Barry

342) Moore, Rep. Timothy K.

343) Moorer, Hon. Terry F.

344) Moorer, Regina M.

345) Morgan, Anne L.

346) Morrisey, Hon. Patrick

347) Morrison & Foerster LLP

348) Moten, Derryn

349) Murkowski, Sen. Lisa

350) Murrill, Elizabeth B.

351) NAACP (National Headquarters)

352) NAACP Legal Defense and Educational Fund, Inc.

353) NAACP Louisiana State Conference

354) Naifeh, Stuart

355) Nairne, Dorothy

356) Natarajan, Ranjana

*Caster v. Allen*, No. 25-12802

357) National Congress of American Indians

358) National Republican Redistricting Trust

359) Native American Rights Fund

360) Neas, Ralph G.

361) Neiman, Jr., John C.

362) Nelson, Janai S.

363) Neronha, Hon. Peter F.

364) Nessel, Hon. Dana

365) Nwachukwu, Jennifer

366) O'Connor, Hon. John

367) O'Melveny & Myers LLP

368) O'Neil, David A.

369) Okinedo, Denzel Efemena

370) Olson, Lyndsey M.

371) Olsson, Jon

372) Ordway, Demian A.

373) Osher, Daniel C.

374) Overing, Robert M.

375) Palmer, Rep. Gary

376) Palmore, Joseph R.

*Caster v. Allen*, No. 25-12802

377) Pantazis, Christina Rossi

378) Pardue, Andrew

379) Park, Jr., John J.

380) Parker, Barbara J.

381) Paul, Weiss, Rifkind, Wharton & Garrison LLP

382) Paxton, Hon. Ken

383) Penn & Seaborn LLC

384) Penn, Myron C.

385) Pérez, Efrén

386) Persily, Dr. Nathaniel

387) Peterson, Hon. Doug

388) Phatak, Ashwin P.

389) Phelan, Rep. Dade

390) Phillips, Graham E.

391) Phillips, Kaylan

392) Platkin, Hon. Matthew J.

393) Pol, Jr., Rodney

394) Polio, Dennis

395) Posimato, Joseph N.

396) Powell, Manasseh

*Caster v. Allen*, No. 25-12802

397) Power Coalition for Equity and Justice

398) Prelogar, Hon. Elizabeth B.

399) Presidential Coalition

400) Price, Savannah

401) Price, Shannon

402) Pringle, Rep. Chris

403) Project on Fair Representation

404) Pryor, Thomas K.

405) Public Interest Legal Foundation

406) Public Rights Project

407) Quigley, William P.

408) Quillen, Henry C.

409) Quinn, Connor, Weaver, Davies & Rouco LLP

410) Racine, Hon. Karl A.

411) Raoul, Hon. Kwame

412) Reed, Dr. Joe L.

413) Reed, Mayor Steven L.

414) Relman Colfax PLLC

415) Republican National Committee

416) Reyes, Bernadette

*Caster v. Allen*, No. 25-12802

417)  Reyes, Hon. Sean

418)  Richardson, Valencia

419)  Riggs, Allison

420)  Riser, R. Volney

421)  Robinson, Press

422)  Roeck, Victoria

423)  Rogers, Rep. Mike

424)  Rokita, Hon. Todd

425)  Rosborough, Davin M.

426)  Rosenberg, Ezra D.

427)  Rosenblum, Hon. Ellen F.

428)  Ross, Deuel

429)  Rouco, Richard P.

430)  Roy, Marissa

431)  Rubinstein, Reed D.

432)  Rudensky, Yurij

433)  Rupp, Michelle

434)  Rutahindurwa, Makeba

435)  Rutledge, Hon. Leslie

436)  Sabel Law Firm, LLC

*Caster v. Allen*, No. 25-12802

437) Sabel, Jr., Mark W.

438) Sadasivan, Kathryn

439) Sagar, Jo-Ann Tamila

440) Sanders, former Sen. Henry "Hank"

441) Sanders, Jarmal Jabbar

442) Savitt, Adam P.

443) Schmitt, Hon. Eric

444) Schnapper-Casteras, John Paul

445) Schnapper-Casteras PLLC

446) Schulte Roth & Zabel LLP

447) Schwarzenegger, Hon. Arnold

448) Scodro, Michael A.

449) Sedwick, Olivia N.

450) Segura, Gary M.

451) Seiss, Benjamin M.

452) Sellers, Rep. Patrick

453) Sells, Bryan L.

454) Sen, Maya

455) Sewell, Rep. Terri

456) Shapiro, Carolyn E.

*Caster v. Allen*, No. 25-12802

457)  Shapiro, Hon. Josh

458)  Shea, James L.

459)  Sheehy, Shawn T.

460)  Shikada, Hon. Holly T.

461)  Short, Caren E.

462)  Sidley Austin LLP

463)  Sims, Ambrose

464)  Sinclair, Winfield J.

465)  Singleton, Sen. Bobby

466)  Slagter, Paulina

467)  Slay, Leonette W.

468)  Smith, Brenton M.

469)  Smith, Paul M.

470)  Smith, Ronald

471)  Smitherman, Sen. Rodger

472)  Southern Coalition for Social Justice

473)  Southern Poverty Law Center

474)  Spero Law LLC

475)  Spies, Charles R.

476)  Spital, Samuel

*Caster v. Allen*, No. 25-12802

477)  Stand-Up Mobile

478)  State of Arizona

479)  State of Arkansas

480)  State of California

481)  State of Colorado

482)  State of Connecticut

483)  State of Delaware

484)  State of Georgia

485)  State of Hawaii

486)  State of Illinois

487)  State of Indiana

488)  State of Louisiana

489)  State of Maine

490)  State of Maryland

491)  State of Michigan

492)  State of Minnesota

493)  State of Mississippi

494)  State of Missouri

495)  State of Montana

496)  State of Nebraska

*Caster v. Allen*, No. 25-12802

497)  State of Nevada

498)  State of New Jersey

499)  State of New York

500)  State of Oklahoma

501)  State of Oregon

502)  State of Rhode Island

503)  State of South Carolina

504)  State of Texas

505)  State of Utah

506)  State of Vermont

507)  State of Washington

508)  State of West Virginia

509)  State of Wisconsin

510)  States United Democracy Center

511)  Stein, Gary

512)  Steiner, Neil A.

513)  Stephanopoulos, Nicholas O.

514)  Stewart, Celina

515)  Stewart, Shelita M.

516)  Still, W. Edward

*Caster v. Allen*, No. 25-12802

517)  Stock, Danielle A. Gentin

518)  Stone, Khadidah

519)  Strong, Rep. Dale

520)  Sun, Christine P.

521)  Sundararajan, Anagha

522)  Tan, Caroline W.

523)  Taticchi, Mark D.

524)  Thomas, Wendell

525)  Thompson, Blayne R.

526)  Thornton, J. Mills

527)  Tong, Hon. William

528)  Torchinsky, Jason Brett

529)  Travis County, Texas

530)  Trento, Andrea W.

531)  Taunton, Michael P.

532)  Tuetken, Adam J.

533)  Turner, Reginald M.

534)  Turrill, Michael Lovejoy

535)  Tyson, Hon. Sheila D.

536)  U. W. Clemon, LLC

*Caster v. Allen*, No. 25-12802

537)  UCLA Voting Rights Project

538)  Underwood, Barbara D.

539)  United States Department of Justice

540)  United States of America

541)  Vale, Judith N.

542)  Van Zile, Caroline S.

543)  Vance, Robert Smith

544)  Veroff, Julie

545)  Wahl, John

546)  Waknin, Sonni

547)  Walker, Andrew

548)  Walker, J. Dorman

549)  Walker, Johannah

550)  Wallace, Jordan, Ratliff and Brandt, LLC

551)  Ward, Mayor Jason Q.

552)  Warrington, David A.

553)  Warshaw, Christopher S.

554)  Washington, Alice

555)  Washington, Brian E.

556)  Watkins, Hon. W. Keith

*Caster v. Allen*, No. 25-12802

557) Webster, Anjali D.

558) Weisberg, Liza

559) Weiser, Hon. Philip J.

560) Weitzman, Samuel E.

561) Welborn, Kaitlin

562) Weld, Hon. William F.

563) Wenger, Edward M.

564) West, Marisa

565) Whatley, Jr., Joe R.

566) Whatley Kallas LLP

567) Whisler, Megan

568) White Arnold & Dowd, PC

569) White, J. Mark

570) Whitman, Hon. Christine Todd

571) Widell, Jr., Robert W.

572) Wides, Burton V.

573) Wiggins Childs Pantazis Fisher & Goldfarb, LLC

574) Wilcox, Rep. J.T.

575) Williams, Ayana D.

576) Williams, Edward

*Caster v. Allen*, No. 25-12802

577)  Williams, James R.

578)  Williams, Jonathan L.

579)  Wilmer Cutler Pickering Hale and Dorr LLP

580)  Wilson, Hon. Alan

581)  Wilson, Thomas A.

582)  Winfrey, Adia

583)  Woodard, J. Scott

584)  Woodfin, Mayor Randall

585)  Wydra, Elizabeth B.

586)  Young, Hon. Susanne R.

587)  Zepeda-Millán, Chris

588)  Ziegler, Donna R.

589)  Zimmermann, Diandra "Fu" Debrosse

Respectfully submitted this 29th day of August, 2025.

<u>*s/ Edmund G. LaCour Jr.*</u>
Edmund G. LaCour Jr.
*Counsel for Secretary of State Wes Allen*

**UNOPPOSED MOTION TO PLACE APPEAL IN ABEYANCE**

Alabama respectfully requests that this Court hold this appeal in abeyance and refrain from setting further deadlines until the Supreme Court resolves appeals in substantially similar cases—*Singleton v. Allen*, 2:21-cv-1291 (N.D. Ala.) (three-judge court), and *Milligan v. Allen*, 2:21-cv-1530-AMM (N.D. Ala.) (three-judge court)—and Alabama's petition for a writ of certiorari before judgment in this case.

The Eleventh Circuit has pending before it two appeals from *Caster v. Allen*, 2:21-cv-1536-AMM (N.D. Ala.). *See* No. 25-12802; No. 25-11915. This appeal is from a final judgment that Alabama's 2023 congressional redistricting plan violates Section 2 of the Voting Rights Act. DE417; DE418.[1] Earlier this summer and before final judgment, Alabama appealed the district court's permanent injunction against the plan, *see* DE401; DE406, and that appeal is also before the Eleventh Circuit, *see* No. 25-11915. On the same day it took that appeal, Alabama appealed permanent injunctions (based on Section 2 and the Equal Protection Clause) against the plan entered by a three-judge district court in *Singleton* and *Milligan*. Because *Singleton* and *Milligan* were heard by a three-judge district court, Alabama appealed those cases directly to the Supreme Court. *See* 28 U.S.C. § 1253. Judge Kidd stayed the *Caster* appeal from the permanent injunction pending the Supreme Court's disposition of *Singleton* and *Milligan*. *See* No. 25-11915, ECF 21-2 at 2 (11th Cir.).

---

[1] "DE" citations refer to the district court docket.

The district courts later entered final judgment in all three cases. DE417; *Singleton*, ECF338; *Milligan*, ECF510. Like before, Alabama appealed the final judgment in *Caster* to this Court (this appeal), DE418, and it appealed the final judgments in *Singleton* and *Milligan* to the Supreme Court, *Singleton*, ECF339; *Milligan*, ECF511. To preserve the resources of this Court and the parties, Alabama respectfully requests that the Court stay this appeal, just like it stayed Alabama's appeal from the *Caster* permanent injunction.

Alabama has filed its jurisdictional statements in *Singleton* and *Milligan*, and it has asked the Supreme Court to grant certiorari before judgment in *Caster*. The Section 2 claims in all three cases are highly similar, so the Supreme Court's resolution of the *Singleton* and *Milligan* appeals is likely to control the outcome of this case. *See, e.g.*, DE401:6 (adopting the *Singleton* and *Milligan* findings and conclusions). In fact, that is what happened the last time the cases went to the Supreme Court. *See Allen v. Milligan,* 599 U.S. 1, 17, 42 (2023). And if the Supreme Court grants certiorari before judgment in *Caster*, like it did last time, *id.* at 17, it would "transfer the case [to the Supreme Court] for review and determination." *Forsyth v. City of Hammond*, 166 U.S. 506, 513 (1897). Thus, holding the case in abeyance until the Supreme Court resolves *Singleton*, *Milligan*, and *Caster* will conserve the resources of this Court and the parties. Granting this unopposed motion will not harm Appellees because the injunction issued by the district court runs

through the next census.

Respectfully submitted,

Steve Marshall
  *Alabama Attorney General*
 s/ Edmund G. LaCour Jr.
 Edmund G. LaCour Jr.
   *Solicitor General*
James W. Davis
  *Deputy Attorney General*
Richard D. Mink
Misty S. Fairbanks Messick
Scott Woodard
Brenton M. Smith
Benjamin M. Seiss
Matthew R. Duggan
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
**Counsel for Secretary of State Allen**

s/ Michael P. Taunton
Michael P. Taunton
Riley Kate Lancaster
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone (205) 251-8100
MTaunton@Balch.com
**Counsel for Senator Livingston and
Representative Pringle**

AUGUST 29, 2025

3

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS</u>

1. I certify that this motion complies with the type-volume limitations set forth in Fed. R. App. P. 27(d)(2)(A). This motion contains 494 words, including all headings, footnotes, and quotations, and excluding the parts of the motion exempted under Fed. R. App. P. 32(f).

2. In addition, this motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for Secretary of State Allen*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2025, I filed the foregoing motion using

the Court's CM/ECF system, which will serve counsel for all parties.


s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for Secretary of State Allen*